PREET BHARARA
United States Attorney for the
Southern District of New York
JEANNETTE A. VARGAS
BRANDON COWART
ALICIA SIMMONS
Assistant United States Attorneys
86 Chambers Street -- 3rd Floor
New York, New York  10007
Telephone:  (212) 637-2678
Facsimile:  (212) 637-2702

Attorney for the United States of America

EDMUND G. BROWN JR.,
Attorney General of the State of California
RICHARD MAGASIN, Supervising Deputy Attorney General
MARILYN H. LEVIN,
NOAH GOLDEN-KRASNER,
Deputy Attorneys General
300 South Spring Street, 11th Floor
Los Angeles, California 90013
Telephone:     (213) 897-2614
Facsimile:     (213) 897-2802

Attorneys for California State Water Resources Control Board and California Regional Water Quality Control Board, Los Angeles Region

KEN ALEX
Senior Assistant Attorney General
MARGARITA PADILLA
Supervising Deputy Attorney General
1515 Clay Street,
20th Floor P.O. Box 70550
Oakland, California  94612
Telephone:     (510) 622-2135
Facsimile:     (510) 622-2270

Attorneys for the California Department of Toxic Substances Control

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | CHAPTER 11 |
| LYONDELL CHEMICAL COMPANY, et al., | Case No. 09-10023 (REG) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------x

## NOTICE OF MOTION FOR AN ORDER WITHDRAWING THE REFERENCE

PLEASE TAKE NOTICE that upon this notice of motion, the accompanying memorandum of law, and the Declaration of Brandon Cowart, the United States of America ("United States"), acting on behalf of the Environmental Protection Agency ("EPA"), by its attorney Preet Bharara, United States Attorney for the Southern District of New York, and the California State Water Resources Control Board (the "State Board") and the California Regional Water Quality Control Board, Los Angeles Region (the "Los Angeles Regional Board," and, collectively with the State Board, the "Water Boards") and the California Department of Toxic Substances Control (the "DTSC") (collectively the "California Environmental Agencies") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011 withdrawing the reference from the United States Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York of the Debtors' Objection Pursuant to Rule 502 of the Bankruptcy Code to Certain Claims of the United States of America, the Debtors' Objection Pursuant to Rule 502 of the Bankruptcy Code to Certain Claims of the California State Water Resources Control Board, the Debtors' Objection Pursuant to Rule 502 of the Bankruptcy Code to Certain Claims of the California Regional Water Quality Board, and the Debtors' Objection Pursuant to Rule 502 of the Bankruptcy Code to Certain Claims of the California Department of Toxic Substances Control (collectively, the "Debtors' Objections"), as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
September 30, 2009

        PREET BHARARA

        United States Attorney for the
        Southern District of New York

By:    __/s/ Jeannette Vargas_____
        JEANNETTE A. VARGAS
        BRANDON COWART
        ALICIA SIMMONS
        Assistant United States Attorney
        Attorneys for the United States of America


        EDMUND G. BROWN JR.
        Attorney General of California
        RICHARD J. MAGASIN
        Supervising Deputy Attorney General
        MARILYN H. LEVIN
        NOAH GOLDEN-KRASNER
        Deputy Attorneys General

By:    __/s/ Noah Golden-Krasner_____
        NOAH GOLDEN-KRASNER
        Deputy Attorney General
        Attorneys for California State Water Resources
        Control Board and California Regional Water
        Quality Control Board, Los Angeles Region


        EDMUND G. BROWN JR.
        Attorney General of California
        KEN ALEX
        Senior Assistant Attorney General
        MARGARITA PADILLA
        Supervising Deputy Attorney General

By:    __/s/ Margarita Padilla_____
        MARGARITA PADILLA
        Supervising Deputy Attorney General
        Attorneys for California Department of Toxic
        Substances Control

3